No. 77–6045. SCOTT *v.* OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 77–6060. BYER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 77–6075. MORGAN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 77–6076. OROPEZA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 77–6086. WALDRON *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. 

No. 77–6098. LIPSCOMB *v.* UNITED STATES ATTORNEY ET AL. C. A. 7th Cir. Certiorari denied.

No. 77–6105. GORIN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 